IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RAYMOND HILL, MARTEZ
COOKSEY, and JOHN JONES,

    *Plaintiffs*,

-*vs*-

CITY OF HARVEY AND
WILLIAM JACKSON

    *Defendants*.

No. 10 CV ____

*(jury demand)*

## COMPLAINT

Plaintiffs, by counsel, alleges as follows:

1. This is a civil action arising under 42 U.S.C. §1983. The jurisdiction of this Court is conferred by 28 U.S.C. §1343 and 28 U.S.C. §1367.

2. Plaintiffs Raymond Hill, Martez Cooksey, and John Jones are residents of the Northern District of Illinois.

3. William Jackson was at all times relevant acting under color of his office as a police officer of the City of Harvey, Illinois. Plaintiffs sue Jackson in his individual capacity.

4. Defendant City of Harvey is an Illinois municipal corporation joined in this action pursuant to 28 U.S.C. §1367. Plaintiff asserts state law claims only against the municipality.

5. On June 17, 2009 at about 9:47 p.m., plaintiffs were in a motor vehicle being lawfully operated by plaintiff Hill in the vicinity of 154th and Center in Harvey, Illinois when they were confronted by defendant Jackson.

6. Jackson, who was on foot, displayed his Harvey police badge, pointed his handgun at plaintiffs, and ordered plaintiffs to stop. As Hill complied with Jackson's order, Jackson fired his weapon at plaintiffs, damaging the windshield on the car.

7. After shooting at plaintiffs, and while pointing his weapon at them, Hill ordered plaintiffs to exit the car.

8. Plaintiffs obeyed Jackson's order to get out of the vehicle. Jackson continued to point his firearm at plaintiffs and ordered each plaintiff to put his hands on the hood of the car and not to move. Plaintiffs also obeyed this order.

9. Jackson continued to point his firearm at plaintiffs and to deprive each plaintiff of his freedom of movement until other Harvey police officers arrived on the scene.

10. As a result of the foregoing, each plaintiff was deprived of rights secured by the Fourth and Fourteenth Amendments to the Constitution of the United States and subjected to the Illinois torts of assault, false arrest,

and intentional infliction of emotional distress, for which the City of Harvey is liable under the doctrine of respondeat superior.

11. Each plaintiff hereby demands trial by jury.

WHEREFORE each plaintiff requests that judgment be entered against defendant Jackson in an amount in excess of one hundred thousand dollars as compensatory damages and that judgment be entered against the City of Harvey on plaintiff's respondeat superior claims in the amount of one hundred thousand dollars in favor of each plaintiff. Plaintiff also requests that judgment be entered against defendant City of Harvey declaring that it is liable, as the indemnifier, for any award of compensatory damages against defendant Jackson.

/s/ Kenneth N. Flaxman
KENNETH N. FLAXMAN
ARDC No. 830399
200 S Michigan Ave Ste 1240
Chicago, IL 60604-2430
(312) 427-3200

*Attorney for Plaintiff*